**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6934

ANTHONY LEON HOOVER,

Plaintiff – Appellant,

and

CHARLES MARSHALL,

Plaintiff,

v.

BEVERLY EAVES PERDUE; ALVIN W. KELLER, JR.; ROBERT C. LEWIS; FAYE E. DANIELS; ROY COOPER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (5:11-ct-03068-F)

Submitted: November 18, 2011        Decided: November 22, 2011

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Leon Hoover, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Leon Hoover appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hoover v. Perdue</u>, No. 5:11-ct-03068-F (E.D.N.C. July 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>